UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

JAMES K. OVERSTREET, )
 )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 ) Case No. 4:13-CV-261-FL
CAROLYN W. COLVIN )
Acting Commissioner of Social Security, )
 )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on January 30, 2014, that the court ADOPTS the findings and recommendation of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on January 31, 2014, and Copies To:**

James K. Overstreet (via U.S. Mail) 191 Highway 91, Snow Hill, NC 28580

January 31, 2014        JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk